UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT S. FORBES PC, ROBERT S FORBES, EARNEST BATES and JESSICA BATES,<br><br>Defendants. | Case No. 16-cv-40-JPG-SCW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Carolina Casualty Insurance Company and against defendants Robert S. Forbes PC and Robert S. Forbes on Counts III and IV;

IT IS FURTHER DECLARED that Carolina Casualty Insurance Company lawyers professional liability insurance policy number 1301292 naming "Robert S. Forbes, P.C., Attorney At Law" as the named insured is rescinded; and

IT IS FURTHER ORDERED AND ADJUDGED that Counts I and II are dismissed without prejudice as moot.

Defendants Earnest Bates and Jessica Bates are bound by the judgment

DATED:   February 1, 2017         JUSTINE FLANAGAN, Acting Clerk of Court

*s/Tina Gray*, **Deputy Gray**


**Approved:**   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**